IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VERNON F. JR.,
Plaintiff,

Civil No. 4:25-CV-13868

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.
_______________________________________/

DISTRICT JUDGE BEHM

**STIPULATION TO REMAND TO THE COMMISSIONER**

The parties hereby jointly move the Court to reverse and remand this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and enter judgment in favor of Plaintiff.

Should the Court grant the joint motion to remand, per the Sixth Circuit's recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it. The parties agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the ALJ's evaluation of Plaintiff's subjective complaints.

On remand, the Appeals Council will instruct the ALJ to further consider Plaintiff's claim and re-evaluate her residual functional capacity, take any further action necessary to complete the administrative record, and issue another decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov[1]

/s/ Eddy Pierre Pierre[2]
Eddy Pierre Pierre
Pierre Pierre Law, P.C.
4750 Venture Dr.
Suite 400
Ann Arbor, MI 48108
(646) 992-8383
epierre2@pierrepierrelaw.com

---

1 Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

2 Signed with consent obtained by email by Special Assistant United States Attorney Lisa Smoller, received on September 17, 2026.

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Eddy Pierre Pierre at epierre2@pierrepierrelaw.com.

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VERNON F. JR.,
Plaintiff,

Civil No. 4:25-CV-13868

v.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,
Defendant.

DISTRICT JUDGE BEHM

_______________________________________/

**ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to Plaintiff's subjective complaints. On remand, the Administrative Law Judge will further consider Plaintiff's claim, including reevaluation of her residual functional capacity, take

any further action necessary to complete the administrative record, and issue a new decision.

Date: September 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge